UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

Nichole Ingle

    v.                                        Case No. 10-cv-103-SM

Michael J. Astrue, Commissioner,
Social Security Administration

## O R D E R

I herewith approve the Report and Recommendation of Magistrate Judge McCafferty dated November 8, 2010, for the reasons set forth therein. Pursuant to sentence four of 42 U.S.C. § 405(g), this matter is remanded to the Administrative Law Judge for further proceedings. The Clerk of the Court shall enter judgment in accordance with this order and close the case.

**SO ORDERED.**

_____
Steven J. McAuliffe
Chief Judge

December 7, 2010

cc:  Raymond J. Kelly, Esq.
     T. David Plourde, Esq.